Robert BROOKS

v.

William MACKENZIE.

No. 81–212–M.P.

Supreme Court of Rhode Island.

July 9, 1981.

John A. O'Neill, Jr., Providence, for petitioner.

684

Dennis J. Roberts II, Atty. Gen., Alyssa L. Talanker, Special Asst. Atty. Gen., for respondent.

ORDER

The petition for writ of habeas corpus is denied without prejudice to defendant's seeking review of his conviction by petition for common law certiorari. If defendant seeks certiorari, he may at that time ask this court for release on personal recognizance pending a determination on the petition.